UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SATNAM RANDHAWA,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA et al.,<br>Respondents. | CASE NO. 2:26-cv-03665-TL<br><br>ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court GRANTS the application to proceed in forma pauperis (Dkt. No. 1) under 28 U.S.C § 1915(a)(1).

Dated this 5th day of October, 2026.

Tana Lin
United States District Judge