The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SATNAM RANDHAWA,<br><br>Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-03665-TL<br><br>~~[PROPOSED]~~ ORDER GRANTING FEDERAL RESPONDENTS' MOTION TO AMEND SCHEDULING ORDER |

The Court having reviewed Federal Respondents' Motion to Amend Scheduling Order and any responses and reply thereto, and the record herein, and being fully advised:

IT IS HEREBY ORDERED that Federal Respondents' Motion is GRANTED. Federal Respondents shall file their Return by October 20, 2026.

DATED this 20th day of October, 2026.

TANA LIN
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Jennifer Wong*
JENNIFER WONG, CA No. 341634
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: jennifer.wong@usdoj.gov

*Attorney for Federal Respondents*